```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DIAHANN HERNANDEZ,

                     Plaintiff,                                 22-CV-4108 (PGG) (KHP)

     -against-                                             **ORDER**

TARGET CORPORATION,

                    Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the December 13, 2022 Case Management Conference, the deadline for completion of all discovery is extended to **Wednesday, February 8, 2023**.

The parties shall file a joint status letter by **Wednesday, January 18, 2023** stating whether and how any future anticipated surgeries on Plaintiff will impact the discovery schedule and, if necessary, proposing extensions to the discovery deadlines.

    **SO ORDERED.**

DATED:    New York, New York
                December 13, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge