USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DIAHANN HERNANDEZ,

                       Plaintiff,

            -against-                              22-CV-4108 (PGG) (KHP)

TARGET CORPORATION,
                                                          **ORDER**

                     Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       As discussed at the April 3, 2023 Case Management Conference:

       The parties are directed to submit a joint status letter on **Wednesday, May 31, 2023** that advises the Court on the status of Plaintiff's recovery and her readiness to undergo a deposition.  If needed, the letter shall also propose a new date for the deadline for completing fact and expert discovery.  That deadline is currently June 30, 2023.

       Additionally, the parties shall move forward with fact depositions other than the deposition of Plaintiff, such as depositions of any witness to the incident and any 30(b)(6) depositions of Defendant's employees.  Those depositions should be scheduled to occur prior to June 30, 2023.

       Finally, the parties are reminded that they may consent to my jurisdiction in this action.  If all parties consent to proceed before me, the parties shall complete the necessary form, available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf, and return the form to the Clerk of the Court.  This reminder is not meant to interfere in any way with the parties' absolute right to have dispositive motions and/or a trial before a United States District

Judge, but is merely an attempt at preserving scarce judicial resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).

**SO ORDERED.**

DATED:     New York, New York
           April 4, 2023

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge

2