```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/24/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DIAHANN HERNANDEZ,

                             Plaintiff,

            -against-

TARGET CORPORATION,

                            Defendant.
----------------------------------------------------------------X

22-CV-4108 (PGG) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the July 24, 2023 Case Management Conference:

Plaintiff shall make a settlement demand by **Monday, August 7, 2023**.

The parties shall file a joint status letter by **Friday, September 8, 2023** updating the Court on the status of discovery and stating any additional information learned about the contemplated surgery and how the surgery might impact the discovery deadlines. Additionally, the parties may include in their status letter a request for a settlement conference.

      **SO ORDERED.**

DATED:    New York, New York
              July 24, 2023

                                                  _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge