USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

DIAHANN HERNANDEZ,

                    Plaintiff,

      -against-

TARGET CORPORATION,

                   Defendant.

-----------------------------------------------------------------X

22-CV-4108 (PGG) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the December 4, 2023 Case Management Conference, the deadline for all discovery is extended to **Thursday, March 14, 2024**.

On **Thursday, February 1, 2024**, the parties shall file a joint letter updating the Court on the status of discovery, including providing an update as to Plaintiff's anticipated surgery. If necessary to accommodate Plaintiff's continuing treatment, that letter shall request a reasonable extension of the discovery deadline.

      SO ORDERED.

DATED:    New York, New York
              December 4, 2023

_Katharine H. Parker_____
KATHARINE H. PARKER
United States Magistrate Judge