USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/10/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DIAHANN HERNANDEZ,

                       Plaintiff,

      -against-

TARGET CORPORATION,

                      Defendant.
-----------------------------------------------------------------X

22-CV-4108 (PGG) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

By **Wednesday, April 17, 2024**, the parties shall file a joint letter updating the Court on the status of discovery, including what discovery remains to be taken and an agreed upon timeframe by which that discovery can be completed.

      **SO ORDERED.**

DATED:     New York, New York
              April 10, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge